*JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADAN ROSALES GONZAGA,<br><br>　　　　Defendant. | Case Nos.:<br>　***EDCV 11-01073 VAP***<br>　EDCR 08-00199 VAP - 2<br><br>　**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant's Motion is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 24, 2012

　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge